# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 257 |
| | : | |
| ORDER ADOPTING NEW | : | APPELLATE PROCEDURAL RULES |
| RULE 126 AND AMENDING RULE | : | |
| 2119 OF THE PENNSYLVANIA | : | DOCKET |
| RULES OF APPELLATE | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published before adoption at 45 Pa.B. 1605 (April 4, 2015):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rule of Appellate Procedure 126 is adopted and Pennsylvania Rule of Appellate Procedure 2119 is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2016 for all filings as of that date.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.